UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | Case No.: 1:25-mj-00012 |
| **Plaintiff,** : | |
| : | Magistrate Judge G. Michael Harvey |
| **v.** : | |
| **FREDERICK BREITFELDER,** : | |
| **Defendant.** : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Criminal Rule 44.1(c), Defendant Frederick Breitfelder ("Defendant") respectfully moves this Court for an Order permitting Christopher R. McDowell to appear *pro hac vice* and participate in the above-captioned matter as counsel for Defendant, and further states in support thereof as follows:

1. Christopher R. McDowell is a partner at the law firm of Strauss Troy Co., LPA, located at 50 E Rivercenter Blvd #200, Covington, Kentucky 41011.

2. Mr. McDowell is licensed, in good standing, and admitted to practice law before the Supreme Court of Ohio (Bar No. 0072218, admitted on September 13, 2000), and he is in good standing with the United States District Court for the Southern District of Ohio.

3. Mr. McDowell has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. In support of this motion is a Certificate of Good Standing from the Supreme Court of Ohio, the jurisdiction where Mr. McDowell most regularly practices, issued in the last 30 days,

1

attached hereto as <u>Exhibit A</u>, as well as the Declaration for *Pro Hac Vice* Admission of Christopher R. McDowell required by LCrR 44.1(c)(2), attached hereto as <u>Exhibit B</u>.

4. Curt C. Hartman, an active United States District Court for the District of Columbia attorney in good standing, has agreed to sponsor Mr. McDowell and associate with movant on this case as needed.

5. The involvement of Christopher R. McDowell would be on behalf of Defendant as lead counsel, with the undersigned acting as co-counsel as needed.

WHEREFORE, Defendant Frederick Breitfelder respectfully requests this Court to issue an Order permitting Christopher R. McDowell to appear *pro hac vice* for Defendant and participate in the above-captioned matter.

Date: January 16, 2025              Respectfully submitted,

/s/ Curt C. Hartman
Curt C. Hartman (OH0040)
The Law Firm of Curt C. Hartman
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio 45230
Telephone No.: (513) 379-2923
hartmanlawfirm@fuse.net

Christopher R. McDowell (*pro hac vice*)
STRAUSS TROY CO., LPA
50 E Rivercenter Blvd #200
Covington, Kentucky 41011
Telephone: (513) 629-9489
Facsimile: (513) 241-8259
crmcdowell@strausstroy.com

*Counsel for Defendant Frederick Breitfelder*

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was electronically served on the 16th day of January, 2025, in accordance with Rule 5(d)(1)(B) and this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

                                          /s/ Curt C. Hartman
                                          Curt C. Hartman (OH0040)