UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:25-mj-00012 |
| Plaintiff, | Judge G. Michael Harvey |
| v. | |
| **FREDERICK BREITFELDER,** | |
| Defendant. | |

### DECLARATION FOR PRO HAC VICE ADMISSION

In accordance with LCrR 44.1(c)(2), I hereby declare that the following information is complete, true, and correct:

1. My full name is Christopher Ray McDowell.

2. My state bar membership number for the jurisdiction where I most regularly practice, Ohio, is OH # 0072218.

3. I am an attorney with the law firm of Strauss Troy Co., LPA, located at 50 E Rivercenter Blvd #200, Covington, Kentucky 41011; Phone: (513) 629-9489/Fax: (513) 241-8259.

3. I am currently a licensed attorney in good standing in the following jurisdictions: States of Ohio and West Virginia, Commonwealth of Kentucky, United States Supreme Court, 6th Circuit Court of Appeals, 4th Circuit Court of Appeals, Army Court of Criminal Appeals, Military Court System, Southern District of Ohio, Norther District of Ohio, Southern District of West Virginia, Northern District of West Virginia, Western District of Kentucky, Eastern District of Kentucky.

4. I have not been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar

association, grievance committee or administrative body, and no proceedings which could lead to any such disciplinary action have been instituted against me in any such bodies.

5.  I have not been admitted *pro hac vice* into this Court within the last two years, I am not a member of the DC Bar, and I do not have a pending application for admission into the United States District Court for the District of Columbia.

**In compliance with LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that:**

I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. I have also acted as sole or lead counsel in multiple court-martial proceedings within the military justice system, both as trial counsel and defense counsel in which testimony was taken in open court and an order or other appealable judgment was entered.

I declare under penalty of perjury that the foregoing is true and correct.

16 January 2025
Date

_[signature]_
Signature of Attorney